UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PACELINE EQUITY PARTNERS, LLC,

                          Plaintiff,

-against-

ICE INDUSTRIES INC.,

                          Defendant.

------------------------------------- x

ORDER

21 Civ. 3266 (GBD)

GEORGE B. DANIELS, District Judge:

    In light of Plaintiff's notice that the parties have reached a settlement, all conferences and deadlines previously scheduled are adjourned *sine die*. Plaintiff shall submit a notice of voluntary dismissal or a status report within sixty (60) days of this order.

Dated: June 1, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE