**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

PACELINE EQUITY PARTNERS, LLC,

               Plaintiff,

    -against-

ICE INDUSTRIES INC.,

              Defendants.

Case No.  1:21-cv-03266

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice

that the above-styled action is voluntarily dismissed against Defendant with prejudice.

Dated: New York, New York
      July 12, 2021                   **WALFISH & FISSELL PLLC**

                 By:        /s/ Rachel Penski Fissell
                         Rachel Penski Fissell
                         Daniel R. Walfish
                         405 Lexington Avenue, 8th Floor
                         New York, New York 10174
                         (212) 672-0523
                         rfissell@walfishfissell.com

                         *Attorneys for Plaintiff Paceline Equity Partners, LLC*